No. 92–5769. HOWARD v. UNITED STATES DEPARTMENT OF LABOR ET AL. C. A. 6th Cir. Motion of petitioner for leave to

proceed *in forma pauperis* denied. Petitioner is allowed until December 21, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.